UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY K. MONA,
on behalf of herself and
others similarly situated,

    Plaintiff,                        Case No: 2:18-cv-12848
                                            Hon. Bernard A. Friedman

vs.

MCNEELY LAW GROUP, P.C.,

    Defendant.
_____/

## STIPULATION TO ENTRY OF ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

This Court recently entered an order reopening the case and lifting the stay of proceedings. The parties have subsequently reached a settlement of all claims and now hereby stipulate and agree to the entry of the below order dismissing plaintiff's claims with prejudice and without costs.

Respectfully submitted this 19th day of February, 2019.

| | |
|---|---|
| /s/ Ronald S. Weiss (w/Consent) | /s/ Jeffrey R. Hicks |
| RONALD S. WEISS (P48762) | COLLINS EINHORN FARRELL PC |
| 7035 Orchard Lake Road, Suite 600 | THERESA M. ASOKLIS (P42709) |
| West Bloomfield, MI  48322 | JEFFREY R. HICKS (P74279) |
| (248) 737-8000 | 4000 Town Center, 9th Floor |
| rweiss@michiganlemonlaw.com | Southfield, MI  48075 |
| *Local counsel for plaintiff and the proposed class* | (248) 355-4141 |
| | Jeffrey.hicks@ceflawyers.com |
| | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY K. MONA,
on behalf of herself and
others similarly situated,

    Plaintiff,                                   Case No: 2:18-cv-12848
                                                Hon. Bernard A. Friedman

vs.

MCNEELY LAW GROUP, P.C.,

    Defendant.

_____/

## ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

The Court having considered the stipulation of counsel in this case, and with good cause appearing and being fully advised in the premises,

IT IS HEREBY ORDERED that all claims asserted by plaintiff against defendants in this matter shall be dismissed with prejudice and without costs. This is a final order and closes this case.

**IT IS SO ORDERED.**

Dated: February 20, 2019
      Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE